JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARDIUS MILLER DOUGLASS, | ) | CASE NO. ED CV 15-2072-RGK (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| LINDA PERSONS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 10/26/15 .

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\10-26-15 Douglass v. persons Judgment.wpd